BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 13-00466-009 JSW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING STATUS CONFERENCE ON |
| v. ) | SUPERVISED RELEASE VIOLATION FROM |
| ) | NOVEMBER 24, 2015, TO DECEMBER 3, 2015. |
| EDWARD CURSEY WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

    The defendant, Edward Cursey Williams, represented by Gail R. Shifman, Esq., and the government, represented by AUSA Michelle J. Kane, respectfully request that the Court continue the status conference on defendant's supervised release violation, currently scheduled for November 24, 2015, at 9:30 a.m. to December 3, 2015, at 9:30 a.m. The reason for the continuance is that the Probation Officer and the government are still obtaining discovery regarding defendant's recent arrest from the

//

STIPULATION AND [PROPOSED] ORDER
Case No. CR 13-00466-009 JSW

San Francisco Police Department. The Probation Officer has also filed an Amended Supervised Release Petition. The continuance will allow the parties time to evaluate the Amended Petition and the discovery.

IT IS SO STIPULATED.

DATED: November 23, 2015

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

/s/
MICHELLE J. KANE
Assistant United States Attorney

DATED: November 23, 2015

/s/
GAIL R. SHIFMAN
Counsel for Edward Cursey Williams

IT IS SO ORDERED.

DATED: 11/24/15

*Kandis Westmore*
HON. KANDIS A. WESTMORE
United States Magistrate Judge