FILED

Jul 30 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD CURSEY WILLIAMS JR.,<br><br>Defendant. | Case No. 13-CR-0466-9 JSW (NC)<br><br>**ORDER OF DETENTION** |

After a hearing on detention or release held on July 30, 2020, I hereby order the detention of defendant Edward Cursey Williams Jr.

Williams is charged in an amended petition with violating the terms of his supervised release. Under Fed. R. Crim. P. 32.1(a)(6), it is the charged person's burden to establish by clear and convincing evidence that the person will not flee or pose a danger to any other person or the community. This order finds that Williams did not meet his burden.

The Court articulated its reasoning at the hearing today, finding that Williams' criminal record, prior performance on supervision, and the facts alleged in the current petition present a risk of danger to the community that is not outweighed by the defendant's proffered release on a combination of conditions.

Williams is therefore ordered to be held in the custody of the Attorney General for confinement in a corrections facility. He must be provided reasonable opportunity for private consultation with his counsel. The USMS must make Williams available for appearances in connection with Court proceedings. *See* 18 U.S.C. § 3142(i).

IT IS SO ORDERED.

Date: July 30, 2020

Nathanael M. Cousins
United States Magistrate Judge